**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Travis James Toth

Debtor(s)

CHAPTER 13

BKY. NO. 26-10065 JCM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC. and index same on the master mailing list.

Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
19 Feb 2026, 13:20:34, EST

Denise Carlon, Esq. (317226)   ☑
Matthew Fissel, Esq. (314567)   ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: fb468e5e487004dfdfd668655a45970fc50a7f0dbe6a215e2d7381f52df24ec8