# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 26-10065-JCM |
| | : | |
| Travis James Toth, | : | CHAPTER 13 |
| Debtor | : | |
| | : | |

### PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

**NONE**


**Next Payment Advice Expected (post-filing):**

**NA**



C.C.                    TOTH, TRAVIS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                  :        CASE NO. 26-10065-JCM
                                        :
    Travis James Toth,                  :        CHAPTER 13
             **Debtor**       :
                                        :

## VERIFICATION REGARDING PROOF OF INCOME

I, Travis James Toth, hereby state as follows:

1.) I am an Independent Contractor for Carr Construction where I bring home an average of $3,254.50 per month.
2.) I was required to file 2023 – 2024 tax returns; therefore, I have submitted the same to the Trustee.
3.) I have submitted to the Trustee proof of income from all sources I have in my possession.

     I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: February 18, 2026            /s/ Travis James Toth
                                  Debtor

C.C.                       TOTH, TRAVIS