# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| **Travis James Toth** | ) | **Case No. 26-10065-JCM** |
| | ) | |
| | ) | **Chapter 13** |
| **Debtor(s).** | ) | Related Document No. 17 |
| _____ | X | |

### STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☐    a motion to dismiss case or certificate of default requesting dismissal

☒    a plan modification sought by:   Debtor and Chapter 13 Trustee

☐    a motion to lift stay
as to creditor    _____

☐    Other:    _____

**WHEREAS,** the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Chapter 13 Plan dated 03/18/2026
☐ Amended Chapter 13 Plan dated _____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒    Debtor(s) Plan payments shall be changed from $ 1537.00  to $1621.00 per _month_, effective 06/2026; and/or the Plan term shall be changed from ___ months to ____ months.                .

-1-

☐ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐ Debtor(s) shall file and serve _____ on or before _____.

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other:

➢ Conneaut Lake Joint Municipal Authority Claims 7 and 8 govern as to claim amount.


**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.


*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this 29th day of _____May_____, 2026

_____
John C. Melaragno, Judge  dak   SIGNED
United States Bankruptcy Court  5/29/26 11:38 am
                                CLERK
                                U.S. BANKRUPTCY
                                COURT - WDPA

Stipulated by:                        Stipulated by:

/s/ Daniel P. Foster                  /s/ Dennis Sloan_____
Counsel to Debtor                     Counsel to Chapter 13 Trustee

cc:  All Parties in Interest to be served by Clerk

-3-

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Travis James Toth

    Debtor

Case No. 26-10065-JCM

Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: May 29, 2026 | Form ID: pdf900 | Total Noticed: 19 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Travis James Toth, 12970 Ryan Drive, Conneaut Lake, PA 16316-5834 |
| cr | + | Pennsylvania Housing Financy Agency - HEMAP, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 16638335 | + | Conneaut Lake Joint Municipal, PO Box 277, Conneaut Lake, PA 16316-0277 |
| 16672952 | + | Conneaut Lake Joint Municipal Authority, c/o James R. Wood, Esquire, 2700 Horizon Drive - Suite 100, King of Prussia, PA 19406-2726 |
| 16672953 | + | Conneaut Lake Joint Municipal Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 16638338 | + | Portnoff Law Associates, LTD, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 16638339 | + | Sharp Collections Inc., PO Box 81, 14 East Shenango Street, Sharpsville, PA 16150-1122 |
| 16638340 | + | Summit Township Tax Collector, 10751 Plum Street, PO Box 266, Harmonsburg, PA 16422-0266 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16650746 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 30 2026 00:40:43 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 16636690 | + | Email/Text: ally@ebn.phinsolutions.com | May 30 2026 00:25:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 16636691 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 30 2026 00:40:42 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 16636692 | + | Email/Text: mrdiscen@discover.com | May 30 2026 00:25:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 16638336 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 30 2026 00:25:00 | Internal Revenue Service, Department of the Treasury, P.O. Box 1302, Charlotte, NC 28201-1302 |
| 16644869 | + | Email/Text: RASEBN@raslg.com | May 30 2026 00:25:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 16638337 | ^ | MEBN | May 30 2026 00:23:31 | KML Law Group, P.C., Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 16659077 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | May 30 2026 00:25:00 | Lakeview Loan Servicing, LLC., c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 16636693 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | May 30 2026 00:25:00 | LoanCare Llc, Attn: Bankrutpcy, P.O.Box 8068, Virginia Beach, VA 23450-8068 |
| 16636694 | + | Email/Text: blegal@phfa.org | May 30 2026 00:26:00 | Pa Housing Finance Age, 2101 N. Front Street, Harrisburg, PA 17110-1086 |
| 16651159 | + | Email/Text: blegal@phfa.org | May 30 2026 00:26:00 | Pennsylvania Housing Finance Agency/HEMAP, 211 North Front Street, PO BOX 15206, Harrisburg, PA 17105-5206 |

District/off: 0315-1                              User: auto                                    Page 2 of 2
Date Rcvd: May 29, 2026                           Form ID: pdf900                              Total Noticed: 19
TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC. |
| cr | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Conneaut Lake Joint Municipal Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Debtor Travis James Toth dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| James R. Wood | on behalf of Creditor Conneaut Lake Joint Municipal Authority jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| Katie Housman | on behalf of Creditor Pennsylvania Housing Financy Agency - HEMAP khousman@pkh.com |
| Matthew Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC. bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6